IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Reimbursement Solutions LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Aetna Life Insurance Company, et al., <br><br> Defendants. | No. CV-19-05395-PHX-DLR <br><br> **ORDER** <br> **(ERISA CASE)** |

The Court has reviewed the parties' Joint Stipulated Motion to Extend Deadline for Advanced Reimbursement Solutions, LLC to Respond to Counterclaimant's First Amended Counterclaim. (Doc. 43.) For good cause shown,

**IT IS ORDERED** extending the deadline for Plaintiff//Counter-defendant Advanced Reimbursement Solutions, LLC to respond to Counterclaimant's First Amended Counterclaim to **March 30, 2020**.

Dated this 9th day of March, 2020.

Douglas L. Rayes
United States District Judge