Jeffrey S. Gleason (admitted *pro hac vice*)
Nathaniel J. Moore (admitted *pro hac vice*)
**Robins Kaplan LLP**
2800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
T: (612) 349-8500
jgleason@robinskaplan.com
nmoore@robinskaplan.com

Paul D. Weller (admitted *pro hac vice*)
**Robins Kaplan LLP**
1325 6th Ave, Suite 2601
New York, NY 10022
T: (212) 980-7400
pweller@robinskaplan.com

*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Reimbursement Solutions, LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>The Aetna Life Insurance Company; Aetna Inc.; Aetna Health Inc.; and Does 1-50,<br><br>                    Defendants.<br><br>The Aetna Life Insurance Company; and Aetna Health, Inc.,<br><br>                    Counterclaimants,<br><br>v.<br><br>Advanced Reimbursement Solutions, LLC, et al.<br>                    Counterdefendants. | No. 2:19-cv-05395-DJH<br><br>**STIPULATION AND JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITHOUT PREJUDICE UPON ENTRY OF PERMANENT INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Counterclaimants Aetna Life Insurance Company, Aetna, Inc., and Aetna Health, Inc. (collectively, "Aetna") and Counterclaim Defendants Gregory B. Maxon Maldonado, Sean Maldonado, and James Allen hereby stipulate and jointly move the Court as follows:

1.   On August 23, 2023, Aetna, Gregory B. Maxon Maldonado, Sean Maldonado, James Allen, and certain non-parties filed a Joint Motion and Stipulation for Entry of Permanent Injunction. (*See* Dkt. 715.)

2. As set forth in the Joint Motion and Stipulation for Entry of Permanent Injunction, the injunction requested therein "reflects the [parties'] agreement regarding the limitations to be placed on [their] actions going forward, and the proposed injunction is being requested to facilitate the negotiated resolution of the [parties'] claims against one another in this matter, the United Proceeding, and in the Bankruptcy Proceeding." (*Id*. ¶ 19.)

3. The entry of the requested injunction is the final condition precedent to the dismissal of the remaining claims in this matter pursuant to the settlement agreements between Aetna, Gregory B. Maxon Maldonado, Sean Maldonado, and James Allen.

4. Accordingly, the Moving Parties respectfully request that, *following entry of the permanent injunction*, the Court enter an Order dismissing Aetna's claims against Gregory B. Maxon Maldonado, Sean Maldonado, and James Allen without prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 25th day of August, 2023.

**ROBINS KAPLAN LLP**

By s/ Nathaniel J. Moore
   Jeffrey S. Gleason
   Paul D. Weller
   Nathaniel J. Moore

*Attorneys for Aetna Life Insurance Company and Aetna Health Inc.*

**PAPETTI SAMUELS WEISS LLP**

By s/Robert H. McKirgan (w/ permission)
   Randall Papetti
   Robert H. McKirgan
   15169 N. Scottsdale Rd., Ste. 205
   Scottsdale, AZ 85254
   T: (480) 800-3535
   rpapetti@psefirm.com
   rmckirgan@pswfirm.com

*Attorney for Sean Maldonado*

**RIDLEY, MCGREEVY & WINOCUR, P.C.**

By <u>s/ Fredric M. Winocur (w/ permission)</u>
   Fredric M. Winocur
   303 16th St., Suite 200
   Denver, CO 80202
   T: (303) 629-9700
   winocur@ridleylaw.com

*Attorney for James Allen*

**MORRISON & FOERSTER LLP**

By: <u>s/ Benjamin J. Fox (w/ permission)</u>
   Benjamin J. Fox
   Gregory B. Koltun
   Rachel Feldman
   707 Wilshire Blvd., Suite 6000
   Los Angeles, CA 90017
   bfox@mofo.com
   gkoltun@mofo.com
   rfeldman@mofo.com

*Attorneys for Gregory B. Maxon Maldonado*