UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Reimbursement Solutions, LLC; and Patients 1-513,<br><br>                  Plaintiffs,<br><br>v.<br><br>The Aetna Life Insurance Company; Aetna Inc.; Aetna Health Inc.; and Does 1-50,<br><br>                  Defendants.| No. 2:19-cv-05395-DJH<br><br>**[Proposed] ORDER GRANTING STIPULATION AND JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITHOUT PREJUDICE UPON ENTRY OF PERMANENT INJUNCTION** |
| The Aetna Life Insurance Company; and Aetna Inc.,<br><br>                  Counterclaimants,<br><br>v.<br><br>Advanced Reimbursement Solutions, LLC, et al.<br><br>                  Counterdefendants.| |

Having considered the Parties' Stipulation and Joint Motion for Entry of Order of Dismissal Without Prejudice Upon Entry of Permanent Injunction (*see* Dkt. \_\_), and having granted the Joint Motion and Stipulation for Entry of Permanent Injunction (*see* Dkt. \_\_):

IT IS HEREBY ORDERED that all claims asserted by Aetna Life Insurance Company, Aetna Health, Inc., or Aetna, Inc. against Counterclaim Defendants Gregory B. Maxon Maldonado, Sean Maldonado, and James Allen are dismissed without prejudice, with all parties to bear their own costs and attorneys' fees.